## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MICHAEL SCHWARTZ, | : | Case No. 1:25-cv-12 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | |
| | : | |
| AR BHALLI, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

---

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS
### (Doc. 13)

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 13), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **GRANTS IN PART** Plaintiff's Motion for Default Judgment (Doc. 8) for Counts 1 and 3-9 for the telemarketing phone calls made by or on behalf of Defendants AR Bhalli LLC and Atif Bhalli on October 26, October 30, and November 15, 2023, but otherwise **DENIES** the Motion. Default judgment in the amount of $5,500.00 **SHALL BE ENTERED** in Plaintiff's favor against Defendants AR Bhalli, LLC, and Atif Bhalli, who are jointly and severally liable. This case is hereby **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By:  _____

JUDGE MATTHEW W. McFARLAND